IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JERRY L. DUTTON,<br><br>      Defendant. | 4:14CR3112<br><br>**ORDER** |

  The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence contained in the court's records, including defendant's continued unapproved associations with known or suspected drug users, his use of methamphetamine while on release, and his untruthful statements about such conduct in communications with his pretrial officer and counselor.

  IT IS ORDERED:

1)  The above-named defendant shall be detained until further order.

2)  The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

March 18, 2015.

                            BY THE COURT:

                            *s/ Cheryl R. Zwart*
                            United States Magistrate Judge